# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JOLENE WALDRON, as the
Personal Representative of the
Estate of Anthony R. Ybarra, Jr. a
minor,

    Plaintiff,

v.                                  Case No. 5:16-cv-658-Oc-32PRL

GREGORY SPICHER, Deputy,
individually and BILLY WOODS,
Marion County Sheriff, in his
Official Capacity,

    Defendants.

## **O R D E R**

This case is before the Court on Joint Notice Regarding Trial Term, (Doc. 59), and Joint Motion to Stay Proceedings Pending Appeal, (Doc. 61). On October 5, 2018, the Court denied Defendant Spicher's motion for summary judgment on qualified immunity grounds. (Doc. 57). On October 25, 2018, Spicher filed a notice of interlocutory appeal. (Doc. 58). On October 26, 2018, in accordance with the Court's prior order, the parties filed a Joint Notice Regarding Trial Term wherein they requested a mediation before a magistrate judge not handling other matters in the case. (Doc. 59). On that same day, the parties requested a stay of all matters not involved in the appeal. (Doc. 61).

Accordingly, it is hereby

**ORDERED:**

1. Joint Motion to Stay Proceedings Pending Appeal (Doc. 61) is **GRANTED**.

2. This case is **STAYED** pending the Eleventh Circuit's decision of Spicher's appeal.

3. Magistrate Judge David A. Baker has agreed to conduct a settlement conference. Judge Baker's chambers will contact the parties to schedule the conference.

4. The Clerk shall administratively close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of October, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable David A. Baker
United States Magistrate Judge

Counsel of record